AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

WARNER BROS. ENTERTAINMENT INC.,
SANRIO COMPANY, LTD.
and SANRIO, INC.,

*Plaintiff(s)*

v.

CRACCO JEWELRY LLC d/b/a CRACCO a/k/a
CRACCOGLOBALLOGISTICS.COM,
ORLANDO J. SALAZAR d/b/a CRACCO a/k/a
CRACCOGLOBALLOGISTICS.COM, et al.

*Defendant(s)*

Civil Action No. 19-cv-25316-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Orlando J. Salazar         or
5084 SW 129 Terrace              2303/2305 NW 20th Street,
Miramar, FL 33027                Miami, FL 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/31/2019

Angela E. Noble
Clerk of Court

SUMMONS

s/ Patrick Edwards
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-25316-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

WARNER BROS. ENTERTAINMENT INC.,
SANRIO COMPANY, LTD.
and SANRIO, INC.,

*Plaintiff(s)*

v.

CRACCO JEWELRY LLC d/b/a CRACCO a/k/a
CRACCOGLOBALLOGISTICS.COM,
ORLANDO J. SALAZAR d/b/a CRACCO a/k/a
CRACCOGLOBALLOGISTICS.COM, et al.

*Defendant(s)*

Civil Action No. 19-cv-25316-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yamileth Torres d/b/a Cracco Jewelry a/k/a www.craccojewelry.net
17325 NW 78th Place
Miami, FL 33015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/31/2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-25316-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., SANRIO COMPANY, LTD. and SANRIO, INC.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CRACCO JEWELRY LLC d/b/a CRACCO a/k/a CRACCOGLOBALLOGISTICS.COM, ORLANDO J. SALAZAR d/b/a CRACCO a/k/a CRACCOGLOBALLOGISTICS.COM, et al.<br><br>*Defendant(s)* | Civil Action No. 19-cv-25316-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tower Wholesale, Inc.
Alba N. Salmeron, Registered Agent
17325 NW 78th Place
Miami, FL 33015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  12/31/2019

*s/ Patrick Edwards*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-25316-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., SANRIO COMPANY, LTD. and SANRIO, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> CRACCO JEWELRY LLC d/b/a CRACCO a/k/a CRACCOGLOBALLOGISTICS.COM, ORLANDO J. SALAZAR d/b/a CRACCO a/k/a CRACCOGLOBALLOGISTICS.COM, et al. <br><br> *Defendant(s)* | Civil Action No. 19-cv-25316-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marta M. Salazar          or
     5084 SW 129 Terrace              2303/2305 NW 20th Street,
     Miramar, FL 33027                Miami, FL 33142


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
     Kimberly A. Harchuck
     Holihan Law
     1101 North Lake Destiny Road
     Suite 275
     Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 12/31/2019

Angela E. Noble
Clerk of Court

*s/ Patrick Edwards*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-25316-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**     **Reset**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., SANRIO COMPANY, LTD. and SANRIO, INC.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CRACCO JEWELRY LLC d/b/a CRACCO a/k/a CRACCOGLOBALLOGISTICS.COM, ORLANDO J. SALAZAR d/b/a CRACCO a/k/a CRACCOGLOBALLOGISTICS.COM, et al.<br><br>*Defendant(s)* | Civil Action No. 19-cv-25316-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cracco Industria E. Comercio De Joias Ltda. d/b/a Cracco
a/k/a Cracco Jewelry a/k/a www.cracco.com.br
Edy Roberto Cracco, Manager
R. Pinheiro Machado, 833- Tanner, Guapore – RS – Brazil 99200-000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W.O. Holihan
Kimberly A. Harchuck
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/31/2019

Angela E. Noble
Clerk of Court

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-25316-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset