# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 19-CV-25316-KMV

**Plaintiff:**
WARNER BROS. ENTERTAINMENT INC., SANRIO COMPANY, LTD. AND SANRIO, INC.

vs.

**Defendant:**
CRACCO JEWELRY LLC D/B/A CRACCO A/K/A CRACCOGLOBALLOGISTICS.COM, ORLANDO J. SALAZAR D/B/A CRACCO A/K/A CRACCOGLOBALLOGISTICS.COM, ET AL.

**For:**
KIMBERLY A. HARCHUCK
HOLIHAN LAW
1101 NORTH LAKE DESTINY ROAD
SUITE 275
MAITLAND, FL 32751

Received by RHETT ENTERPRISES, INC. on the 6th day of January, 2020 at 12:43 pm to be served on **YAMILETH TORRES D/B/A CRACCO JEWELRY A/K/A WWW.CRACCOJEWELRY.NET, 17325 NW 78TH PLACE, MIAMI, FL 33015.**

I, MICHAEL RUBI, being duly sworn, depose and say that on the **8th day of January, 2020 at 10:48 am,** I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **YAMILETH TORRES** at the address of: **17325 NW 78TH PLACE, MIAMI, FL 33015**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 160, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 10 day of January, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

MICHAEL RUBI
MDCPS#2153

RHETT ENTERPRISES, INC.
105 Lake Emerald Drive
#206
Oakland Park, FL 33309
(954) 816-9045

Our Job Serial Number: CIZ-2020000195

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

